**NOT FOR PUBLICATION**                                                    **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

—————————————————————

DESMOND WITHERSPOON,                      :
                                          :
                                          :          **Civil Action No. 15-0262 (SRC)**
                          Plaintiff,      :
                                          :
            v.                            :
                                          :                  **OPINION**
THE CUTTING ROOM,                         :
                                          :
                          Defendant.      :
                                          :
                                          :
—————————————————————                     :

**CHESLER**, District Judge

       This matter comes before the Court on the application filed by Plaintiff Desmond

Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court finds

that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed.  The

Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C.

§ 1915(e)(2).  Here, Plaintiff filed a "Proposal" or "Motion."  Construing the document as a

Complaint, Plaintiff demands from The Cutting Room in New York, NY, a reorganization plan

with Plaintiff as executive engineer.  He asserts the "Offense" took place on December 18, 2014,

but does not state the offense, or anything other than "Means: Email."  As such, Plaintiff fails to

state a basis for federal subject matter jurisdiction, and to state a facially plausible claim for

relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on

notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.

An appropriate Order will be filed.

                                              __s/Stanley R. Chesler_____
                                              STANLEY R. CHESLER
Dated:  January 21, 2015                      United States District Judge